UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---------------------------------------------------------------------------x

SAHILY BUNT,   Civil Action No:
 1:17-cv-21186-JEM

                Plaintiff,

  -v.-

CONTRACT CALLERS, INC.,

                Defendant.

---------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

    Notice is hereby given that the parties have settled this matter.  The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days.  The parties request that the Court retain jurisdiction of this case during said sixty (60) day period.

DATED, this 28th day of February, 2018

                */s/ Michael Jay Ringelheim*
                Michael Jay Ringelheim, Esq.
                **RC Law Group, PLLC**
                285 Passaic Street
                Hackensack, NJ 07601
                Phone:  201-282-6500
                Fax: 201-282-6501
                mjringelheim@rclawgroup.com
                *Attorney for Plaintiff Sahily Bunt*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 28, 2018 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Michael Jay Ringelheim*
                                               Michael Jay Ringelheim, Esq.